1

2

3

4

5

6                    **UNITED STATES DISTRICT COURT**

7                       EASTERN DISTRICT OF CALIFORNIA

8

9    WALTER KNUTH,                          )    1:12-cv-00148 AWI GSA
                                            )
10             Plaintiff,                    )    **ORDER ADOPTING STIPULATION TO**
                                            )    **REMAND MATTER**
11      v.                                   )
                                            )    (Document 7)
12   THE GEO GROUP, INC. Which will do       )
     business in California as GEO CALIFORNIA,)
13   INC., and DOES 1 to 20, inclusive,      )
                                            )
14             Defendants.                   )
     _____)

15

16          GOOD CAUSE having been found, based on the parties' Joint Stipulation that the

17   amount in controversy is under the jurisdictional limit of $75,000, and because the incident at

18   issue occurred in McFarland, California, within Kern County,

19          IT IS HEREBY ORDERED that this case be remanded to Kern County Superior Court.[1]

20

21      IT IS SO ORDERED.

22   **Dated:**    **February 15, 2012**           _____/s/ **Gary S. Austin**_____
                                                  UNITED STATES MAGISTRATE JUDGE
23
     _____
24          [1]

25   The Court notes this action was initially removed from the Los Angeles County Superior Court.  The Court is
     remanding this action to the Kern County Superior Court based on the parties' stipulation and because it
26   appears that Kern County is the proper venue as the incident giving rise to the action occurred in McFarland,
     California.  Further, remand to the Kern County Superior Court appears to aid judicial and party efficiency.
27   This Court's order does not affect the procedures or processing requirements of the involved California
     superior courts.

28                                            1